# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 51669

STATE OF IDAHO,

       Plaintiff-Respondent,

v.

CHANEL LEEANN MCCORD,

       Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Filed: March 11, 2025

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Annie O. McDevitt, District Judge.

Judgment of conviction and unified sentence of eighteen years, with a minimum period of confinement of fifteen years, for trafficking in heroin, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Kierra W. Mai, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before HUSKEY, Judge; LORELLO, Judge;
and TRIBE, Judge

---

PER CURIAM

    Chanel Leeann McCord entered an *Alford*[1] plea to trafficking in heroin. Idaho Code § 37-2732B(a)(6)(C). In exchange for her guilty plea, additional charges were dismissed. The district court sentenced McCord to a unified term of eighteen years, with a minimum period of confinement of fifteen years. McCord appeals, arguing that her sentence is excessive.

    Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

---

[1]     *See North Carolina v. Alford*, 400 U.S. 25 (1970).

1

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court.  *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.  Therefore, McCord's judgment of conviction and sentence are affirmed.